FILED: April 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1080
(1:23-cv-02265-SAG)

_____

ROHAN DHRUVA; JOSHUA STERN

　　　　Plaintiffs - Appellees

v.

CURIOSITYSTREAM, INC.

　　　　Defendant - Appellant

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk